UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL CHIN, ET AL.      ) | |
|                         ) | |
|       Plaintiffs      ) | |
|                         ) | |
| vs                   ) | **Case No.: CCB 02 CV 1551** |
|                         ) | |
| CITY OF BALTIMORE, ET AL.  ) | |
|                         ) | |
|       Defendants    ) | |

## MOTION TO CONSOLIDATE PLAINTIFFS' CLAIM UNDER FEDERAL TORT CLAIMS ACT TO THE EXISTING CLAIM BEFORE THIS COURT

**COME NOW**, Plaintiffs, Michael Chin, et. al, by and through counsel, Walter L. Blair, Esquire, and files this Motion to Consolidate Plaintiffs' Claim Under Federal Tort Claims Act To The Existing Claim Before This Court for the following reasons:

1.    Plaintiffs have an ongoing civil rights lawsuit against Defendant Wilhelm stemming from wrongful conduct which Plaintiffs allege Wilhelm committed against them in Baltimore, Maryland on May 22, 2002. In that action Plaintiffs sued pursuant to 42 U.S.C 1983 as well as violations of Plaintiffs' rights pursuant to the Fourth Amendment, United States Constitution, *inter alia*.

2.    During the process of this case, the Court allowed Plaintiffs to pursue their claims against Defendant under the Federal Tort Claims Act. Plaintiffs did file their additional relief under the Federal Tort Claims Act, 28 U.S.C § 2671 *et seq.*, alleging Defendant's wrongful conduct against Plaintiffs and their business when Defendant assaulted, battered, falsely arrested, and violated Plaintiff's, Michael Chin's, and his

employees' rights, without a warrant or any lawful purpose.

3. On July 2, 2004, Plaintiffs' claims under the Federal Tort Claims Act were denied. Notice of such denial was mailed to Plaintiffs' counsel and allegedly to counsel for the Defendant. **(See Exhibit 1).**

4. To the extent that this matter is now scheduled for settlement conference during the first week of January 2005, the most efficient way to accomplish total disposition of these matters would be for a consolidation of the existing case and any further civil action Plaintiffs may have based on Plaintiffs' denial of their claims under the Federal Tort Claims Act. **(See 42 U.S.C. 1983, Fourth Amendment and other claims within Plaintiff's Amended Complaint)**.

**WHEREFORE**, it is respectfully requested that the Motion to Consolidate Plaintiffs' Claim Under Federal Tort Claims Act To The Existing Claim Before This Court be granted.

Respectfully submitted,

_____/s/_____
Walter L. Blair, Esquire
Federal Court Bar. No. 471057
4701 Melbourne Place
College Park, Maryland 20740
(301) 474-4700

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Plaintiffs request that this Court grants this Motion to Consolidate Plaintiffs' Claim Under Federal Tort Claims Act To The Existing Claim Before This Court because such consolidation would be just, equitable, meritorious, dispositive and consistent with the United States Constitution, Fourth Amendment, *inter alia*, and other relief sought in this case.

2. Plaintiffs' Motion to Consolidate, particularly considering the upcoming settlement conference, would be paramount for both parities in order to achieve a fair and reasonable settlement on the matter with all appropriate claims, or in anticipation for trial, before the magistrate or the District Court. **(See Federal Tort Claims Act, 28 U.S.C § 2671** *et seq* **).**

WHEREFORE, it is respectfully requested that the Motion to Consolidate Plaintiffs' Claim Under Federal Tort Claims Act To The Existing Claim Before This Court be granted.

Respectfully submitted,

_____/s/_____
Walter L. Blair, Esquire
Federal Court Bar. No. 471057
4701 Melbourne Place
College Park, Maryland 20740
(301) 474-4700

## NOTICE OF ELECTRONIC MAILING

**I HEREBY CERTIFY** that on this 24th day of November, 2004, a copy of the Motion to Consolidate Plaintiffs' Claim Under Federal Tort Claims Act To The Existing Claim Before This Court was e-filed to Defendant's counsel.

_____/s/_____
Walter L. Blair, Esquire

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| MICHAEL CHIN, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs ) | **Case No.: CCB 02 CV 1551** |
| CITY OF BALTIMORE ET AL. ) | |
| ) | |
| ) | |
| Defendants ) | |
| _____) | |

**ORDER**

**UPON CONSIDERATION** of the Motion to Consolidate Plaintiffs' Claim Under Federal Tort Claims Act To The Existing Claim Before This Court, no opposition thereto, and it appearing to the Court that good cause is shown why the Motion should be granted, it on this _____ day of _____, 2004

**ORDERED**, that the Motion to Consolidate Plaintiffs' Claim Under Federal Tort Claims Act To The Existing Claim Before This Court, is GRANTED.

_____
JUDGE

cc:   Walter L. Blair, Esquire
      Tara DeShields, Esquire

WLB/kw
C:\Walter\Blair A-C\Chin Michae\chin motion to consolidate w6